# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL DICKE,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>DIVERSIFIED CONSULTANTS, INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 15-cv-2542-H-MDD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On March 4, 2016, the parties filed a joint motion to dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs. (Doc. No. 8.) In light of the parties' agreement, the Court dismisses this case with prejudice and directs the Clerk of Court to close the file.

**IT IS SO ORDERED.**

DATED: March 23, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT